## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULEE BLANCHARD,** | : | **CIVIL ACTION NO. 11-729-JJB-CN** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **JUDGE JAMES J. BRADY** |
| | : | |
| **MIDLAND FUNDING, LLC,** | : | **MAGISTRATE CHRISTINE NOLAND** |
| **Defendant** | : | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the *ore tenus* motion of the Plaintiff, Julee Blanchard ("Blanchard"), and Defendant, Midland Funding, LLC ("Midland"), for entry of an Agreed Order of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure. Blanchard and Midland have reached a full and final acceptance and satisfaction of offer of judgment resolving all claims in this matter. After due consideration of the evidence of record, the applicable law and being otherwise fully advised in the premises, the Court finds that the Agreed Order should be entered and Blanchard's claims against Midland in the above-referenced action should be dismissed with prejudice and with each party to bear its respective costs and attorneys' fees. It is, therefore,

ORDERED AND ADJUDGED that Blanchard's claims against Midland in the above-referenced action should be, and are hereby, dismissed with prejudice and with each party to bear its respective costs and attorneys' fees. It is further,

129554.1

ORDERED AND ADJUDGED that, pursuant to Rule 58 of the Federal Rules of Civil

Procedure, a Final Judgment shall be entered with regard to the dismissal of Blanchard's claims

against Midland with prejudice.

Signed in Baton Rouge, Louisiana, on February 6, 2012.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


READ AS TO FORM AND CONTENT:


s/ J. David Andress
_____
J. David Andress (LA Bar No. 27944)
Devon B. Bardin (LA Bar No. 33507)
Attorneys for Plaintiff, Julee Blanchard
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Telephone:  (225) 769-1414
Facsimile:  (225) 769-2300
david@grandlawfirm.com



s/ Matthew W. McDade
_____
Matthew W. McDade (LA Bar No. 32899)
Attorney for Defendant, Midland Funding, LLC
Balch & Bingham LLP
P.O. Box 130
Gulfport, MS 39502
Telephone:  (228) 864-9900
Facsimile: (228) 864-8221
mmcdade@balch.com